**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
ORLANDO DIVISION

LEONARD ZISMAN,
SUSAN EICHLER,

                    **Plaintiffs,**

-vs-                                    **Case No.  6:08-cv-1448-Orl-31DAB**

DAVID E. LESHNER,
KATHRYN BUSCH,
LPL FINANCIAL CORPORATION,
GLOBAL PLANNING, INC.,
                        **Defendants.**

_____

## ORDER

This matter comes before the Court on the Motion for Leave to Amend (Doc. 26) filed by

the Plaintiffs, the response (Doc. 27) filed by Defendant David E. Leshner (Doc. 27), and the

Motion to Dismiss (Doc. 24) filed by Leshner.  The Plaintiffs seek leave to amend to address

several points raised by Leshner in his motion to dismiss – adding allegedly indispensable parties,

deleting a declaratory judgment count, and so forth.  Leshner argues that the amendment is futile in

that it does not address one of the jurisdictional arguments he raises in his motion to dismiss.

Rather than attempt to decide the jurisdictional argument on this scant record, the Court

will permit the amendment, deny the motion to dismiss, and permit Leshner to raise the argument

in a new motion if he so chooses.  Accordingly, it is hereby

 **ORDERED** that the Motion for Leave to Amend (Doc. 26) is **GRANTED**, and the

Plaintiffs are directed to promptly file their Third Amended Petition.  And it is further

 **ORDERED** that the Motion to Dismiss (Doc. 24) is **DENIED WITHOUT PREJUDICE**.


 **DONE** and **ORDERED** in Chambers, Orlando, Florida on October 21, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

-2-